Gibson, P. J.,
Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by
Staley, Jr., J.

(July 12, 1967)

UTILITIES AND INDUSTRIES CORP., Respondent-Appellant, v. STATE OF
NEW YORK, Appellant-Respondent.   (Claim No. 39026.)

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.
THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MCDUFFIE,
Relator, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory,
Respondent

Gibson, P. J., Herlihy, Reynolds,
Aulisi and Staley, Jr., JJ., concur.
THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD CUNNINGHAM,
Relator v. CHARLES MCKENDRICK, as Warden of Wallkill State Prison, Respond-
ent.—